The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VICTOR MANUEL MARTINEZ CONTRERAS,<br><br>Plaintiff,<br>v.<br><br>JOSEPH BENJAMIN EDLOW, *et al.*,<br><br>Defendants. | Case No. C26-1769-SKV<br><br>STIPULATED MOTION TO STAY AND [~~PROPOSED~~] ORDER<br><br>Noted for Consideration:<br>July 30, 2026 |

For good cause, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, the Parties hereby jointly stipulate and move to stay these proceedings until December 14, 2026. Plaintiff Victor Manuel Martinez Contreras brought this action pursuant to the Administrative Procedure Act seeking to compel U.S. Citizenship and Immigration Services ("USCIS") to issue a bona fide determination on his Form I-918 Petition for U Nonimmigrant Status and to adjudicate his and his family's Forms I-765 Application for Employment Authorization. During the pendency of this litigation, USCIS has served Plaintiff with a Request for Evidence with a response deadline of October 15, 2026. The Parties request a stay of this case until 60 days after that deadline to provide time for USCIS to take its next adjudicative action.

//



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1. With additional time, the claims in this litigation may be resolved without the need for further judicial intervention.

Accordingly, the parties respectfully submit that there is good cause for this action to be stayed until December 14, 2026. The parties will submit a joint status report on or before the end of this period.

DATED this 30th day of July, 2026.

Respectfully submitted,

*s/ Sean M. Arenson*
SEAN M. ARENSON, WSBA No. 60465
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: sean.arenson@usdoj.gov

*Attorney for Defendants*

I certify that this memorandum contains 255 words, in compliance with Local Civil Rules.

*s/ Katherine H. Rich*
KATHERINE H. RICH, WSBA No. 46881
Rich Immigration PC
1207 N 200th Street Suite 214b
Shoreline, WA 98133
Phone: 206-853-4073
Fax: 206-853-4073
Email: katherine@richimmigration.com

*Attorney for Plaintiff*

**[~~PROPOSED~~] ORDER**

The case is stayed. The parties shall submit a status update by December 14, 2026.[1] It is so ORDERED.

DATED this 31st day of July, 2026.



S. KATE VAUGHAN
United States Magistrate Judge

[1] The parties should note, however, that the deadline to decline consent to proceed before a magistrate judge remains August 7, 2026. *See* Dkt. 5.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970